UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRK L. WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>CLAUDIA BALDUCCI, *et al.*,<br><br>  Defendants. | Case No. C19-153-BJR-MLP<br><br>REPORT AND RECOMMENDATION |

Plaintiff filed a proposed civil rights complaint in the above-captioned action on December 19, 2018. (Dkt. # 1.) However, Plaintiff did not pay the $400 filing fee. Although Plaintiff filed an application to proceed *in forma pauperis* ("IFP"), it was deficient. (Dkt. # 11.) By letter dated February 6, 2019, the Clerk of the Court advised Plaintiff that his IFP application was incomplete and that he had until March 8, 2019 to submit a corrected IFP application. (Dkt. # 12.)

To date, Plaintiff has failed to pay the applicable filing fee or submit a corrected IFP application.[1] Accordingly, the Court recommends that this 42 U.S.C. § 1983 action be

---

[1] Although Plaintiff filed a motion requested a stay of his case (dkt. # 14), he has not yet corrected the IFP application deficiency and therefore such relief is not available at this time. As discussed below, Plaintiff is free to file another complaint so long as he pays the applicable filing fee or submits an adequate IFP application.

REPORT AND RECOMMENDATION
PAGE - 1

1  DISMISSED without prejudice for failure to prosecute.  Plaintiff is free to file another
2  complaint so long as he pays the applicable filing fee or submits an adequate IFP application.

3      A proposed order accompanies this Report and Recommendation.  The Clerk is
4  directed to send copies of this Order to the parties.

5      Objections to this Report and Recommendation, if any, should be filed with the Clerk
6  and served upon all parties to this suit by no later than **twenty-one (21)** days after the filing of
7  this Report and Recommendation.  Objections, and any response, shall not exceed three pages.
8  Failure to file objections within the specified time may affect your right to appeal.  Objections
9  should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days
10 after they are served and filed.  Responses to objections, if any, shall be filed no later than
11 **fourteen (14)** days after service and filing of objections.  If no timely objections are filed, the
12 matter will be ready for consideration by the District Judge on the date that objections were
13 due.

14     This Report and Recommendation is not an appealable order.  Thus, a notice of appeal
15 seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the
16 assigned District Judge acts on this Report and Recommendation.

18     DATED this 20th day of March, 2019.

                                             MICHELLE L. PETERSON
                                             United States Magistrate Judge