# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KIRK L. WILLIAMS, | |
| Plaintiff, | CASE NO. C19-153-BJR |
| v. | ORDER OF DISMISSAL |
| CLAUDIA BALDUCCI, *et al.* | |
| Defendants. | |

The Court, after careful consideration of the Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts and approves the Report and Recommendation;

(2) This civil rights action is dismissed without prejudice and without costs and attorney's fees; and

(3) The Clerk of the Court is directed to send copies of this Order to the parties.

DATED this 2nd day of May, 2019.

Barbara Jacobs Rothstein
U.S. District Court Judge